**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 143 WAL 2022

            Respondent            :

                                    :    Petition for Allowance of Appeal
                                    :    from the Order of the Superior Court

            v.                   :

SHAWN A. HOBEL,                   :

            Petitioner              :

 

COMMONWEALTH OF PENNSYLVANIA,     :    No. 144 WAL 2022

            Respondent            :

                                    :    Petition for Allowance of Appeal
                                    :    from the Order of the Superior Court

            v.                   :

SHAWN AARON HOBEL,             :

            Petitioner              :

 

COMMONWEALTH OF PENNSYLVANIA,     :    No. 145 WAL 2022

            Respondent            :

                                    :    Petition for Allowance of Appeal
                                    :    from the Order of the Superior Court

            v.                   :

SHAWN AARON HOBEL,             :

            Petitioner              :

COMMONWEALTH OF PENNSYLVANIA,     :   No. 146 WAL 2022

            Respondent            :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

              v.                    :

                                :

SHAWN AARON HOBEL,             :

             Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 18th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.